1  Laurence M. Rosen, Esq. (SBN 219683)
   **THE ROSEN LAW FIRM, P.A.**
2  335 South Grant Avenue, Suite 2450
   Los Angeles, CA 90071
3  Telephone: 213.785.2610
   Fax: 213.226.4684
4  Email: *lrosen@rosenlegal.com*

5  *Counsel for Plaintiff Roy Lui, derivatively on behalf of Zogenix*

6  [Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LUI, derivatively on behalf of ZOGENIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN J. FARR, MICHAEL P. SMITH, LOUIS C. BOCK, JAMES B. BREITMEYER, CAM L. GARNER, ROGER L. HAWLEY, ERLE T. MAST, RENEE P. TANNENBAUM, and MARK WIGGINS, <br><br> Defendants, <br><br> and <br><br> ZOGENIX, INC., <br><br> Nominal Defendant. | Case No.: 3:20-CV-390-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41** |

1         Plaintiff Roy Lui ("Plaintiff"), Defendants Stephen J. Farr, Michael P. Smith, Louis C. Bock, James D. Breitmeyer, Cam. L. Garner, Roger L. Hawley, Erle T. Mast, Renee P. Tannenbaum and Mark Wiggins, and Nominal Defendant Zogenix, Inc., and hereby stipulate as follows:

        WHEREAS, the above-captioned action was filed on January 17, 2020;

        WHEREAS, the above-captioned action is a shareholder derivative action alleging breaches of fiduciary duty based on, *inter alia*, the filing of a federal securities fraud class action lawsuit against Zogenix, Stephen Farr and Michael Smith, captioned *Lake v. Zogenix, Inc., et. al.*, filed in the United States District Court for the Northern District of California, Case No. 19-cv-01975-RS ("Securities Action");

        WHEREAS, on January 27, 2020, the Court in the Securities Action granted the defendants' motion to dismiss with leave to amend;

        WHEREAS, on February 13, 2020, the lead plaintiff in the Securities Action decided not to amend but rather to voluntarily dismiss their complaint;

        WHEREAS, Plaintiff wishes to dismiss this action pursuant to the terms of this Stipulation;

        WHEREAS, no compensation or consideration has been or will be paid to Plaintiff, and no agreements or promises have been made other than what is expressly reflected in this Stipulation;

        THEREFORE, the parties hereby stipulate and respectfully request that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of the Action;

2. The Action shall be dismissed without prejudice;

3. Each Party shall be responsible for his, her or its own costs or fees associated with the Action.

| | | |
|---|---|---|
| 1 | Dated: March 23, 2020 | THE ROSEN LAW FIRM, P.A. |
| 2 | | |
| 3 | | By: /s/Laurence M. Rosen |
| | | Laurence M. Rosen (SBN 219683) |
| 4 | | 335 South Grant Avenue, Suite 2450 |
| | | Los Angeles, CA 90071 |
| 5 | | Telephone: 213.785.2610 |
| | | Fax: 213.226.4684 |
| 6 | | Email: *lrosen@rosenlegal.com* |
| 7 | | |
| 8 | | THE BROWN LAW FIRM, P.C. |
| | | Timothy Brown |
| 9 | | 240 Townsend Square |
| | | Oyster Bay, NY 11771 |
| 10 | | Telephone: 516.922.5427 |
| | | Fax: 516.344.6204 |
| 11 | | Email: *tbrown@thebrownlawfirm.net* |
| 12 | | *Attorneys for Plaintiff Roy Lui* |
| 13 | Dated: March 23, 2020 | LATHAM & WATKINS, LLP. |
| 14 | | |
| 15 | | By: /s/Colleen C. Smith |
| | | Colleen C. Smith (SBN 231216) |
| 16 | | 12670 High Bluff Drive |
| | | San Diego, CA 92130 |
| 17 | | Telephone: 858.523.5400 |
| | | Fax: 858.523.5450 |
| 18 | | Email: *Colleen.Smith@lw.com* |
| 19 | | *Attorneys for Defendants Stephen J. Farr, Michael P. Smith, Louis C. Bock, James D. Breitmeyer, Cam. L. Garner, Roger L. Hawley, Erle T. Mast, Renee P. Tannenbaum and Mark Wiggins, and Nominal Defendant Zogenix, Inc.* |

\* \* \*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this stipulation.

Dated: March 23, 2020        /s/Laurence M. Rosen
                             Laurence M. Rosen

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____

                                                      _____
                                                      The Honorable William H. Orrick
                                                      United States District Court Judge

3

CASE NO. 3:20-CV-390-WHO
STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL UNDER F.R.C.P. 41